UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BITCO GENERAL INSURANCE,

    Plaintiff,

                                       Case No. 1:21-cv-427

v.

                                       HON. JANE M. BECKERING

SUNRISE AGGREGATES LLC
and JOHN WARVEL,

    Defendants.

_____/

## **ORDER TO STRIKE**

On May 3. 2022, the parties filed a Proposed Stipulated Order of Dismissal with Prejudice (ECF No. 22). The filing contains the electronic signature of the undersigned, even though the undersigned had not yet reviewed the submission. In addition, the Proposed Stipulated Order specifically references FED. R. CIV. P. 41(a)(1)(A)(ii), which allows for dismissal without a court order. For these reasons, the Proposed Stipulated Order is stricken. Accordingly:

**IT IS HEREBY ORDERED** that the Proposed Stipulated Order of Dismissal with Prejudice (ECF No. 22) is STRICKEN. Appropriate dismissal papers shall be filed with the Court no later than May 11, 2022.

Dated:  May 4, 2022
                                                /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                            United States District Judge